[No. 52130-6-I.   Division One.   February 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BEAUREGARD DEREMER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00512-7, John M. Meyer and Michael E. Rickert, JJ., entered February 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 20474-0-III.   Division Three.   February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO JOE ARMENDARIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-00958-9, Heather K. Van Nuys, J., entered August 31, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21173-8-III.   Division Three.   February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH T. CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 02-1-00001-1, Larry M. Kristianson, J., entered June 4, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21662-4-III.   Division Three.   February 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY DALE MEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01109-9, James M. Murphy, J., entered December 12, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.